**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Terry Black LANCE, Defendant–**
**Appellant.**

**No. 12–3583.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 18, 2013.

Filed: Aug. 7, 2013.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

Jeffrey C. Clapper, U.S. Attorney's Office, Sioux Falls, SD, for Plaintiff–Appellee.

Terry Black Lance, Florence, CO, pro se.

Timothy J. Langley, Federal Public Defender's Office, Sioux Falls, SD, Jason J. Tupman, Federal Public Defender's Office, Sioux Falls, SD, for Defendant–Appellant.

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

After the district court[1] denied his motion to dismiss his indictment, Terry Black Lance conditionally pled guilty to failure to register as a sex offender, in violation of 18 U.S.C. § 2250(a). In a motion to dismiss, Lance challenged the constitutionality of the Sex Offender Registration and Notification Act (SORNA)—specifically, 42 U.S.C. § 16913(d)—under the non-delegation doctrine. On appeal, he argues that the district court erred in denying his motion to dismiss. To the contrary, as decided in *United States v. Kuehl,* 706 F.3d 917, 920 (8th Cir.2013), SORNA does not violate the non-delegation doctrine.

The judgment is affirmed.

---

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota.